AO 247 (Rev. D/CO 03/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JOSE ARTURO HERNANDEZ-RODRIGUEZ ) | |
| a/k/a Joseph Art Hernandez Rodriguez ) | Case No: 99-cr-00292-RM-01 |
| Jose A. Hernandez ) | |
| Joseph Art Hernandez ) | USM No: 05079-051 |
| Date of Previous Judgment: May 15, 2002 ) | Virginia L. Grady, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ **DENIED.**   **X GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **235 months is reduced to 188 months.**

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
**X** The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  May 15, 2002  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 17, 2015

_____
Judge's signature

Effective Date: November 1, 2015         Raymond P. Moore, U.S. District Judge
*(if different from order date)*                          *Printed name and title*